Rosemary T. McGuire, Esq.   Bar No. 172549
James J. Arendt, Esq.        Bar No. 142937
WEAKLEY, ARENDT, MCGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262

Attorneys for Defendants CITY OF FRESNO, CHIEF JERRY DYER, OFFICER GREG CATTON and OFFICER DANIEL ASTACIO

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS WILLIS, MARY WILLIS, INDIVIDUALLY AND SUCCESSORS IN INTEREST TO STEPHEN WILLIS; JENNAFER URIBE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, OFFICER GREG CATTON, OFFICER DANIEL ASTACIO, CHIEF JERRY DYER, and DOES 1 through 50 inclusive,<br><br>Defendants. | CASE NO. 1:09-CV-01766-LJO-DLB<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINES AND TRIAL DATE**<br><br><br><br>Complaint Filed: 10/07/09<br>Trial Date: 07/05/11 |

It is hereby stipulated between the parties, through the respective counsel, that the discovery deadlines and trial and pre-trial dates be rescheduled. There is good cause for extending these dates. First, there was a delay in getting the reports to counsel as the underlying police investigation was not finalized when the reports were initially requested. Furthermore, initial discovery reveals that more depositions are necessary than what was initially thought. Lastly, the initial Scheduling Order has a dispositive motion filing deadline that is prior to the deadline for expert discovery. Based on the above, the parties request that the Scheduling Order be modified to reflect the following:

///

1

**Discovery Deadline:** January 28, 2011.

**Expert Disclosure:** February 18, 2011.

**Supplemental Expert Disclosure:** March 4, 2011.

**Expert Discovery Deadline:** March 18, 2011.

**Dispositive and Non-Dispositive Motion Filing Deadline:** April 6, 2011.

**Pretrial Conference:** July 26, 2011.

**Trial:** September 12, 2011.

**IT IS SO STIPULATED:**

DATED: November 23, 2010

                              WEAKLEY, ARENDT & McGUIRE, LLP

By: /s/ Rosemary T. McGuire
Rosemary T. McGuire
Attorney for Defendants

DATED: November 23, 2010

                              WALTER, HAMILTON & KOENIG, LLP

By: /s/ Peter J. Koenig
Peter J. Koenig
Attorney for Plaintiff

**IT IS SO ORDERED.**

Dated: __29 November__, 2010

/s/ Dennis L. Beck
Honorable Dennis L. Beck
United States Magistrate Judge

Stipulation & Order Extending
Discovery and Trial Dates                     2