James D. Weakley, Esq.        Bar No. 082853
Roy C. Santos, Esq.           Bar No. 259718

WEAKLEY & ARENDT LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262

Attorneys for Defendants CITY OF FRESNO, CHIEF JERRY DYER, OFFICER GREG CATTON and OFFICER DANIEL ASTACIO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS WILLIS, MARY WILLIS, INDIVIDUALLY AND SUCCESSORS IN INTEREST TO STEPHEN WILLIS; JENNAFER URIBE, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF FRESNO, OFFICER GREG CATTON, OFFICER DANIEL ASTACIO, CHIEF JERRY DYER, and DOES 1 through 50 inclusive, <br><br> Defendants. | CASE NO. 1:09-CV-01766-LJO-DLB <br><br> STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINES <br><br><br><br><br> Complaint Filed: 10/07/09 <br> Trial Date: 09/12/11 |

It is hereby stipulated between the parties, through their respective counsel, that the discovery deadlines and dispositive and non-dispositive motion filing deadline be rescheduled. Good cause exists for extending these dates as explained below.

The defense of this file has been handled almost exclusively by Rosemary T. McGuire, who has just recently been appointed as a Superior Court Judge in the Fresno Superior Court. The file is now being handled by James D. Weakley. Prior to Ms. McGuire's leaving the law firm numerous depositions were taken and written discovery exchanged. The current discovery cut-off date is January 28, 2011. Nearly twenty depositions are being set during the month of January; however, because of scheduling difficulties some of the depositions may not be completed until

_____
Stipulation to Extend Discovery Deadlines            1

after the current discovery cut-off.

Plaintiffs' counsel has recently made a settlement demand, which resulted in the parties discussing settlement possibilities. All parties would like to explore settlement before engaging in further expensive discovery including expert discovery. Any settlement demand or tentative settlement agreement needs to be discussed with Fresno City Counsel, which cannot happen until late in January 2011, at the earliest.

James Weakley is scheduled to begin a trial entitled *Aguilar v. County of Fresno*, U.S.D.C Case No. 1:08-cv-01202-OWW-GSA with Judge Wanger beginning February 22, 2011. Mr. Weakley understands that, because another trial with Judge Wanger is scheduled for same time, the *Aguilar* trial may double track, which may extend the anticipated duration of the trial.

Additionally, this Court recently granted an extension of the discovery deadlines. However, at that time Ms. McGuire was handing the defense and was unaware that she would be receiving the judicial appointment. Based on the above, the parties request the Scheduling Order be modified to reflect the following:

|  | **CURRENT** | **NEW** |
|---|---|---|
| Discovery Deadline: | January 28, 2011 | March 31, 2011 |
| Expert Disclosure: | February 18, 2011 | March 31, 2011 |
| Suppl. Expert Disclosure: | March 4, 2011 | April 15, 2011 |
| Expert Discovery Deadline: | March 18, 2011 | April 29, 2011 |
| Dispositive & Non-Dispositive Motion Filing Deadline: | April 6, 2011 | May 31, 2011 |

The parties request that the pretrial conference and trial date remain as currently scheduled: July 26, 2011 and September 12, 2011, respectively.

**IT IS SO STIPULATED:**

DATED: January 6, 2011                WEAKLEY & ARENDT, LLP


                                By:    /s/ James D. Weakley
                                       James D. Weakley
                                       Attorneys for Defendants

---

Stipulation to Extend Discovery Deadlines                2

1 | DATED: January 6, 2011  WALTER, HAMILTON & KOENIG, LLP

3 | By:   /s/ Walker Walker
4 |      Walter Walker
     Attorneys for Plaintiff

5 | IT IS SO ORDERED.

6 | **Dated:  January 6, 2011**     /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

Stipulation & Order Extending
Discovery and Trial Dates     3