James D. Weakley, Esq.       Bar No. 082853
Roy C. Santos, Esq.          Bar No. 259718

WEAKLEY & ARENDT LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants CITY OF FRESNO, CHIEF JERRY DYER, OFFICER GREG CATTON and OFFICER DANIEL ASTACIO

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS WILLIS, MARY WILLIS, INDIVIDUALLY AND SUCCESSORS IN INTEREST TO STEPHEN WILLIS; JENNAFER URIBE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, OFFICER GREG CATTON, OFFICER DANIEL ASTACIO, CHIEF JERRY DYER, and DOES 1 through 50 inclusive,<br><br>Defendants. | CASE NO. 1:09-CV-01766-LJO-DLB<br><br>ADDENDUM TO STIPULATED PROTECTIVE ORDER [DOC. 28] |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that this be an Addendum to the Stipulated Protective Order ordered by the Court on April 16, 2010 [Doc. 28] and shall be subject to the same stipulations made therein.

The following documents will be disclosed under this addendum:

1. Autopsy photographs of decedent Stephen Willis.

2. Photographs taken by Venu Gopal, M.D. relating to Stephen Willis.

/ / /

/ / /

---

Addendum to Stipulated Protective Order                  1

1  IT IS SO STIPULATED

2  DATED: January 25, 2011
3                                          WEAKLEY & ARENDT, LLP
4
                                   By:     /s/  Roy C. Santos
5                                          Roy C. Santos
                                           Attorneys for Defendants
6

7  DATED: January 25, 2011
                                           WALTER, HAMILTON & KOENIG, LLP
8

9                                  By:     /s/  Peter J. Koenig
                                           Peter J. Koenig
10                                         Walter Walker
                                           Attorneys for Plaintiff
11

12

13         IT IS SO ORDERED.

14         **Dated:   January 27, 2011**              **/s/ Dennis L. Beck**
                                                     UNITED STATES MAGISTRATE JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____
Addendum to Stipulated Protective Order                2