# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRIS WILLIS, et al., | ) | 1:09cv01766 LJO DLB |
| | ) | |
| Plaintiffs, | ) | ORDER MOVING HEARING ON |
| | ) | PLAINTIFF'S MOTION TO QUASH |
| v. | ) | |
| | ) | ORDER REQUIRING PARTIES TO |
| CITY OF FRESNO, et al., | ) | SUBMIT JOINT STATEMENT |
| | ) | |
| | ) | |
| Defendants. | ) | |

On March 7, 2011, Plaintiff Jennafer Uribe ("Plaintiff") filed a Motion to Quash Subpoenas for the Production of Consumer Records. Plaintiff also filed points and authorities in support of the motion at that time.

On March 25, 2011, Defendants filed their opposition to the motion.

A review of the parties' briefings reveals that both Plaintiff and Defendants have failed to make a good faith effort to meet and confer pursuant to Local Rule 251. Accordingly, the Court **MOVES the April 8, 2011, hearing to April 29, 2011**, to allow the parties to properly meet and confer. The Court expects the parties to file a Joint Statement by April 22, 2011.

The Court will be available early next week for a teleconference on the issues should the parties require the Court's assistance.

IT IS SO ORDERED.

Dated:  **March 31, 2011**                    /s/ **Dennis L. Beck**
                                                              UNITED STATES MAGISTRATE JUDGE

1