1  James D. Weakley, Esq.       Bar No. 082853
   Roy C. Santos, Esq.          Bar No. 259718
2

3          WEAKLEY & ARENDT LLP
          1630 East Shaw Avenue, Suite 176
4            Fresno, California 93710
            Telephone: (559) 221-5256
5            Facsimile: (559) 221-5262

6
   Attorneys for Defendants CITY OF FRESNO, CHIEF JERRY DYER, OFFICER GREG CATTON
7          and OFFICER DANIEL ASTACIO

8

9              IN THE UNITED STATES DISTRICT COURT

10        FOR THE EASTERN DISTRICT OF CALIFORNIA

11
   CHRIS WILLIS, MARY WILLIS,           ) CASE NO. 1:09-CV-01766-LJO-DLB
12 INDIVIDUALLY AND SUCCESSORS IN       )
   INTEREST TO STEPHEN WILLIS;          )
13 JENNAFER URIBE,                      ) STIPULATION REGARDING PHYSICAL
                                        ) EVIDENCE; STIPULATION AND ORDER
14         Plaintiffs,                  ) EXTENDING TIME FOR DEFENDANTS'
                                        ) EXPERT WITNESSES TO SUBMIT
15         vs.                          ) SUPPLEMENTAL RULE 26 EXPERT
                                        ) REPORTS
16 CITY OF FRESNO, OFFICER GREG         )
   CATTON, OFFICER DANIEL ASTACIO,      )
17 CHIEF JERRY DYER, and DOES 1 through )
   50 inclusive,                        )
18                                      )
           Defendants.                  )
19 _____ )

20     1.     It is hereby stipulated between the parties, through their respective counsel, that Plaintiffs and/or

21 their agents, plaintiffs' counsel, representatives, assignees, designees, retained experts, non-retained

22 expert witnesses; shall not perform any testing, analysis, or manipulation of the physical evidence

23 received from the Fresno Police Department (for a detailed description of the physical evidence see

24 Exhibit A) that will destroy, alter, or damage the condition of the physical evidence as received on April

25 13, 2011.

26     2.     It is further stipulated that Defendants' expert witnesses shall have two weeks from the receipt

27 of Plaintiffs' experts' supplemental Rule 26 expert reports and after all of the physical evidence is

28 returned to the Fresno Police Department's custody and control in the condition described in paragraph

_____
Stipulation Regarding Physical Evidence
and Extending Discovery Deadlines                    1

1   1, to supplement their Rule 26 expert reports, whichever occurs later.

2   3.      It is further stipulated that Defendants shall also have two weeks from the receipt of Plaintiffs'

3   experts' supplemental Rule 26 expert reports and after all of the physical evidence is returned to the

4   Fresno Police Department's custody and control in the condition described in paragraph 1, to designate

5   supplemental experts and provide their Rule 26 expert reports to Plaintiffs, whichever occurs later.

6   4.      In addition, it is further stipulated that Plaintiffs' retained expert witnesses Charles Morton, and

7   Jaco Swanepoel shall have until close of business (5:00 P.M.) on May 3, 2011, to provide Defendants

8   with their supplemental Rule 26 expert reports.  Also, Plaintiffs shall designate a supplemental expert

9   witness in the area of Toxicology from Central Valley Toxicology on or before April 15, 2011.  Upon

10  Plaintiffs' designation of a supplement expert witness in the area of Toxicology from Central Valley

11  Toxicology, this supplemental expert witness shall have until close of business (5:00 P.M.) on May 3,

12  2011, to provide Defendants with his/her Rule 26 expert report.  As for all remaining supplemental

13  expert witnesses Plaintiff shall designate and provide their Rule 26 expert reports on or before April

14  15, 2011.

15  5.      As outlined above, the parties have reached an agreement concerning the production of certain

16  items of physical evidence, currently in the custody and control of the Fresno Police Department, for

17  analysis by Plaintiffs' expert witnesses at their laboratory in Hayward California.  Based on this

18  agreement, the parties respectfully request that the Scheduling Order be modified as follows:

19

|  | CURRENT | NEW |
|---|---|---|
| Expert Discovery Deadline: | April 29, 2011 | May 20, 2011 |
| Dispositive & Non-Dispositive Motion Filing Deadline: | May 31, 2011 | June 14, 2011 |

23          The parties request that the pretrial conference and trial date remain as currently scheduled:

24  July 26, 2011 and September 12, 2011, respectively.

25  ///

26  ///

27  ///

28  ///

_____
Stipulation Regarding Physical Evidence
and Extending Discovery Deadlines                    2

1    **IT IS SO STIPULATED:**

2    DATED: April 14, 2011                              WEAKLEY & ARENDT, LLP

3

4                                              By:       /s/ Roy C. Santos
                                                       James D. Weakley
5                                                      Roy C. Santos
                                                       Attorneys for Defendants
6

7    DATED: April 14, 2011                              WALTER, HAMILTON & KOENIG, LLP

8

9                                              By:       /s/ Rana Ansari
                                                       Walter Walker
10                                                     Peter Koenig
                                                       Rana Ansari
11                                                     Attorneys for Plaintiff

12   **IT IS SO ORDERED.**

13
     DATED: April 15, 2011
14

15                                                      /s/ Dennis L. Beck
                                                       Honorable Dennis L. Beck
                                                       United States Magistrate Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

_____
Stipulation Regarding Physical Evidence
and Extending Discovery Deadlines                      3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

_____
Stipulation Regarding Physical Evidence
and Extending Discovery Deadlines                          4

# ITEMS OF PHYSICAL EVIDENCE PRODUCED ON APRIL 13, 2011,

## FROM THE CUSTODY AND CONTROL OF THE FRESNO POLICE

## DEPARTMENT FOR ANALYSIS BY PLAINTIFFS' EXPERT WITNESSES

## AT THEIR LABORATORY IN HAYWARD CALIFORNIA

**Item 1:** One pair of Blue, Size 38, "Flying Cross Brand Uniform Pants with a rip on the left pant leg, collected from Officer Catton #1497

**Item 2:** Officer Daniel Astacio's Department issued .40 Cal Beretta hand gun with M3 tactical illuminator

**Item 3:** Two magazines from Officer Astacio containing 18 live rounds

**Item 4:** Officer Greg Catton's department issued .40 Cal Beretta handgun with M3 tactical illuminator attached

**Item 5:** Magazine from Officer Catton's handgun with 9 live rounds

**Item 6:** One Ultramax 50 ammunition box containing a mixed brand of 44 live 38 SPL cartridges from on top of the dresser against the south wall of the south bedroom of 4925 E. Balch #103

**Item 8:** Two black PB 40 Cal S&W Magazines 80399 one from stands #12 and #31

**Item 10:** (36) 40 Cal Winchester S&W expended cartridge casings (1) each from stands #6, #9, #10, #11#13#14#15, #17-21 (3) each at stands #22 & (1) each from stands #24-30, 32-38, #43, #44, #49, & #51

**Item 11:** One copper jacket bullet fragment from stand #13

**Item 12:** One deformed copper jacketed bullet fragment from stand #16

**Item 13:** One deformed copper jacketed lead bullet fragment from stand #45

**Item 14:** One deformed copper jacketed lead bullet fragment from stand #46

**Item 15:** One lead bullet fragment and one copper jacket fragment from stand #47

**Item 16:** One deformed lead bullet fragment from stand #48

**Item 17:** One copper jacketed lead bullet fragment from stand #52

**Item 18:** One copper jacket fragment from stand #53

**Item 19:** One lead bullet fragment and one copper jacket fragment from stand 54

**Item 20:** 6 lead bullet fragments from stand #55

**Item 21:** One lead bullet fragment from letter card R

**Item 22:** One deformed copper jacketed bullet from letter card V2

**Item 23:** One deformed copper jacketed lead bullet from letter car U3

**Item 24:** One lead bullet fragment from stand #56

**Item 25:** One white bloodstained button from stand #56

**Item 26:** 38 S&W special caliber, six shot revolver with blood on wooden grips and barrel (six inch barrel) collected from number stand 1

**Item 27:** two live cartridges and three expended cartridge casings collected from the cylinders of revolver at number stand 1 (item 26) headstamped as follows 1-"RP 38 SPL" , 1-Federal 38 SPL+P", 1-"Winchester 38 SPL" , 1-"Western 38 Special" AND 1-"Winchester 38 SPL+P"

**Item 28:** Expended cartridge Casing collected from second chamber (in the cylinder) to the left of the top portion of the revolver, headstamped "Winchester 38 SPL"

**Item 29:** One expended cartridge casing headstamped "Winchester 40 S&W" collected from number stand 1

**Item 30:** One expended cartridge casing headstamped "Winchester 40 S&W" collected from number stand 2

**Item 31:** One expended cartridge casing headstamped "Winchester 40 S&W" collected from number stand 7

**Item 32:** One expended cartridge casing headstamped "Winchester 40 S&W" collected from number stand 41

**Item 33:** One expended cartridge casing headstamped "Winchester 40 S&W" collected from number stand 42

**Item 34:** Deformed copper jacketed bullet collected from number stand 8

**Item 35:** Deformed copper jacketed bullet collected from the area just south of [Stephen Willis's] left upper leg right near his knee stained with blood and possibly wet asphalt

**Item 36:** Copper jacket fragment collected from the ground just south of the [Stephen Willis's] left leg (bloodstained)

**Item 37:** Bloodstained and deformed copper jacketed bullet fragment collected from number stand 3

**Item 38:** Deformed copper jacketed bullet collected from number stand 4

**Item 39:** Deformed copper jacketed bullet collected from the area at number stand 39

**Item 40:** Deformed copper jacketed bullet collected from the area at number stand 41

**Item 41:** 2 copper jacketed fragments and one bullet fragment collected from the area at number stand 1

**Item 42:** Empty "40 S&W" caliber ammunition magazine reading "Restricted law enforcement/government use only" collected from number stand 5

**Item 43:** Black and silver lanyard with broken black plastic buckle type clip collected from the ground near [Stephen Willis's] left leg

**Item 44:** "Jeep" Brand folding pocket knife with 3.5 inch blade and apparent blood on clip on handle collected from number stand 2

**Item 45:** Black leather, bloodstained holster collected from ground south of victim's head

**Item 46:** Gunshot residue (GSR) test kit collected from [Stephen Willis's] hand (DOB 01-03-86) at the scene

**Item 58:** Dark colored glass collected at the autopsy from the white t-shirt of [Stephen Willis]

**Item 59:** Dark colored glass from [Stephen Willis] shirt with thin stripes collected at the autopsy

**Item 60:** Several pieces of dark glass from the right forearm, right chest and left torso of [Stephen Willis] collected at the autopsy

**Item 61:** One dark piece of glass from the right buttock of [Stephen Willis] collected at the autopsy

**Item 63:** One intact copper jacket lead bullet collected from the supra pubic region of [Stephen Willis] by Dr. Gopal and turned over to Desoto-Cooper at the autopsy

**Item 64:** One copper jack fragment from the back of the right elbow in [Stephen Willis's] skin and turned over to Desoto-Cooper by Dr. Gopal at the autopsy

**Item 65:** One lead bullet fragment from the left thigh of [Stephen Willis] and turned over to Desoto-Cooper by Dr. Gopal at the autopsy

**Item 66:** Two pieces of a copper jacket lead bullet collected from the left upper back in the skin of [Stephen Willis], turned over to Desoto-Cooper by Dr. Gopal at the autopsy

**Item 67:** One copper jacketed lead bullet collected from the left shoulder blade of [Stephen Willis] by Dr. Gopal and turned over to Desoto-Cooper at the autopsy

**Item 68:** One piece of a copper jacket fragment and one piece of a lead bullet collected from muscles of the lower middle back area of [Stephen Willis], by Dr. Gopal and turned over to Desoto-Cooper at the autopsy

**Item 69:** One copper jacket fragment and two pieces of a lead bullet fragment collected from the left lower leg of [Stephen Willis] by Dr. Gopal and turned over to Desoto-Cooper at the autopsy

**Item 70:** One copper jacketed lead bullet collected from the spleen of [Stephen Willis] by Dr. Gopal, and turned over to Desoto-Cooper at the autopsy

**Item 71:** One copper jacketed lead bullet from the right chest muscles of [Stephen Willis] by Dr.

---

Stipulation Regarding Physical Evidence
and Extending Discovery Deadlines                    7

Gopal and turned over to Desoto-Cooper at the autopsy

**Item 72:** One copper jacket fragment and one lead bullet fragment collected from the left hip area of [Stephen Willis] by Dr. Gopal and turned over to Desoto-Cooper at the autopsy

**Item 73:** One copper jacketed lead bullet from the floor of the autopsy room of the morgue, just southwest of [Stephen Willis's] feet and the gurney which he had been laying on during the autopsy

**Item 74:** Five pieces of a lead bullet and four pieces of a copper jacket bullet fragment from the right knee of [Stephen Willis], collected by Dr. Gopal and turned over to Desoto-Copper at the autopsy

**Item 75:** One pair of black Lugz size 9.5, collected from [Stephen Willis] at the autopsy

**Item 76:** One pair of white socks collected from [Stephen Willis] at the autopsy

**Item 77:** One pair of grey plaid boxer shorts, hanes size M, bloodstained with holes collected at the autopsy

**Item 78:** One pair of bloodstained blue anchor blue jeans with holes size 34X30, with a black belt, collected from [Stephen Willis] at the autopsy

**Item 79:** One white bloodstained t-shirt jockey size M collected from [Stephen Willis] at the autopsy

**Item 80:** One short sleeve shirt within (sic) stripes, burnside size L, bloodstained with several holes, collected from [Stephen Willis] at the autopsy

**Item 81:** Copper jacket bullet fragment from #1 middle seat bench of blue Plymouth Voyager CA LIC#4SDF192

**Item 82:** Copper jacket bullet fragment from #2/ Driver's side floor of Plymouth Voyager

**Item 83:** Copper jacket bullet fragment from #3/ Driver's floor of Plymouth Voyager

**Item 84:** Deformed copper jacketed bullet from #3A/stuck in driver side dash at about knee level/Plymouth Voyager

**Item 85:** Deformed lead bullet from #4/Rear cargo area of the Plymouth Voyager

**Item 86:** Very small lead bullet fragment from #D1/ the driver's seat backrest of the Plymouth Voyager

**Item 87:** Two copper jacket bullet fragments from G1/driver's side windshield post/dashboard junction of Plymouth Voyager

**Item 88:** Copper jacket bullet fag from J3/engine compartment/driver side firewall of Plymouth Voyager