James D. Weakley, Esq.    Bar No. 082853
Roy C. Santos, Esq.    Bar No. 259718

WEAKLEY & ARENDT LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262

Attorneys for Defendants CITY OF FRESNO, CHIEF JERRY DYER, OFFICER GREG CATTON and OFFICER DANIEL ASTACIO

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS WILLIS, MARY WILLIS, INDIVIDUALLY AND SUCCESSORS IN INTEREST TO STEPHEN WILLIS; JENNAFER URIBE,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, OFFICER GREG CATTON, OFFICER DANIEL ASTACIO, CHIEF JERRY DYER, and DOES 1 through 50 inclusive,<br><br>    Defendants. | CASE NO. 1:09-CV-01766-LJO-DLB<br><br>STIPULATION AND ORDER AUTHORIZING THE RELEASE OF BIOLOGICAL SAMPLES COLLECTED BY THE FRESNO COUNTY CORONER'S OFFICE |

1. It is hereby stipulated between the parties, through their respective counsel, that the Fresno County Coroner's Office shall request the release from Mineral King Laboratory of one-third (1/3) of the remaining biological samples collected from decedent Stephen Willis by the Fresno County Coroner's Office and provided to Mineral King Laboratory for toxicological testing.

2. It is further stipulated that the released one-third (1/3) of the remaining biological samples collected from decedent Stephen Willis shall be shipped, at Plaintiffs' expense, by Mineral King Laboratory, located at 880 East Merritt Ave., Ste. 108, Tulare, California, 93724 to Plaintiffs' expert witnesses' laboratory, Central Valley Toxicology located at 1580 Tollhouse Road, Clovis, California, 93611.

---
Stipulation Regarding Authorizing the Release
of Biological Samples                        1

1  **IT IS SO STIPULATED:**

2  DATED: April 14, 2011                         WEAKLEY & ARENDT, LLP

3

4                                          By:      /s/ Roy C. Santos
                                                 James D. Weakley
5                                                Roy C. Santos
                                                 Attorneys for Defendants
6

7  DATED: April 14, 2011                         WALTER, HAMILTON & KOENIG, LLP

8

9                                          By:      /s/ Rana Ansari
                                                 Walter Walker
10                                               Peter Koenig
                                                 Rana Ansari
11                                               Attorneys for Plaintiff

12

13

14      IT IS SO ORDERED.

15      **Dated:   April 15, 2011**                    **/s/ Dennis L. Beck**
                                                 UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

---
Stipulation Regarding Authorizing the Release
of Biological Samples                                    2