1  James D. Weakley, Esq.     Bar No. 082853
   Roy C. Santos, Esq.        Bar No. 259718
2
3  WEAKLEY & ARENDT LLP
   1630 East Shaw Avenue, Suite 176
4  Fresno, California 93710
   Telephone: (559) 221-5256
5  Facsimile: (559) 221-5262

6
   Attorneys for Defendants CITY OF FRESNO, CHIEF JERRY DYER, OFFICER GREG CATTON
7  and OFFICER DANIEL ASTACIO

8

9                    **IN THE UNITED STATES DISTRICT COURT**

10                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| CHRIS WILLIS, MARY WILLIS, INDIVIDUALLY AND SUCCESSORS IN INTEREST TO STEPHEN WILLIS; JENNAFER URIBE, | CASE NO. 1:09-CV-01766-LJO-DLB |
| Plaintiffs, | STIPULATION AND ORDER EXTENDING TIME FOR MOTION FOR PROTECTIVE ORDER TO BE HEARD |
| vs. | Date: April 29, 2011<br>Time: 9:00 a.m.<br>Ctrm: 9 |
| CITY OF FRESNO, OFFICER GREG CATTON, OFFICER DANIEL ASTACIO, CHIEF JERRY DYER, and DOES 1 through 50 inclusive, | |
| Defendants. | |

20    1.    It is hereby stipulated between the parties, through their respective counsel, that the date for the Motion for Protective Order, now scheduled for April 29, 2011, be extended two weeks, to May 13, 2011, at 9:00 in Department 9, to enable finalization of an agreement to resolve their issues.

**IT IS SO STIPULATED:**

DATED: April 21, 2011          WEAKLEY & ARENDT, LLP


                        By:    /s/ Roy C. Santos
                               James D. Weakley
                               Roy C. Santos
                               Attorneys for Defendants

---
Stipulation and Order Extending Time for
Motion for Protective Order to Be Heard          1

1 | DATED: April 21, 2011          WALTER, HAMILTON & KOENIG, LLP

By:     /s/ Rana Ansari
            Walter Walker
            Peter Koenig
            Rana Ansari
            Attorneys for Plaintiff

IT IS SO ORDERED.

**Dated:** **April 22, 2011**          **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE