James D. Weakley, Esq.     Bar No. 082853
Roy C. Santos, Esq.        Bar No. 259718

WEAKLEY & ARENDT LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262

Attorneys for Defendants CITY OF FRESNO, CHIEF JERRY DYER, OFFICER GREG CATTON and OFFICER DANIEL ASTACIO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS WILLIS, MARY WILLIS, INDIVIDUALLY AND SUCCESSORS IN INTEREST TO STEPHEN WILLIS; JENNAFER URIBE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, OFFICER GREG CATTON, OFFICER DANIEL ASTACIO, CHIEF JERRY DYER, and DOES 1 through 50 inclusive,<br><br>Defendants. | CASE NO. 1:09-CV-01766-LJO-DLB<br><br>STIPULATION AND ORDER AUTHORIZING THE RELEASE OF JUVENILE RECORDS; STIPULATED PROTECTIVE ORDER REGARDING THE JUVENILE RECORDS OF THE DECEDENT STEPHEN A. WILLIS |

1. It is hereby stipulated between the parties, through their respective counsel, and ordered by this Court, that the Juvenile Records of the decedent Stephen A. Willis, which are within the custody and control of the City of Fresno Police Department, be produced pursuant to a stipulated protective order.

2. It is hereby further stipulated to, between the parties, through their respective counsel, and ordered by this Court, that the following documents will be disclosed pursuant to this stipulation and protective order:

   **1.   Juvenile Records of Stephen A. Willis**

The above-named documents which are maintained by the Fresno City Police Department and requested by Plaintiffs through discovery, may be disclosed to Plaintiffs pursuant to the protective

order detailed below. The documents requested by Plaintiffs contain information which defendants deem confidential. By the release of these documents pursuant to this Stipulation and Protective Order, Defendants do not waive their assertion of the confidentiality privilege protecting the above-named documents from general disclosure.

**IT IS SO STIPULATED:**

DATED: May 03, 2011                     WEAKLEY & ARENDT, LLP


                                        By:     /s/Roy C. Santos
                                                James D. Weakley
                                                Roy C. Santos
                                                Attorneys for Defendants


DATED: May 03, 2011                     WALTER, HAMILTON & KOENIG, LLP


                                        By:     /s/Rana Ansari
                                                Walter Walker
                                                Peter Koenig
                                                Rana Ansari
                                                Attorneys for Plaintiff

IT IS SO ORDERED.

   Dated:   **May 6, 2011**                    /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

Stipulation Regarding Authorizing the Release
of Biological Samples                           2