Walter H. Walker, III  (SBN 63117)
Peter J. Koenig  (SBN 132437)
Rana Ansari-Jaberi (SBN 262008)
**Walker, Hamilton & Koenig LLP**
50 Francisco Street, Suite 460
San Francisco, CA 94133-2100
Phone: (415) 986-3339
Fax: (415) 986-1618

Richard P. Berman  (SBN 55462)
**Law Offices of Richard P. Berman**
2333 Merced Street
Fresno, CA 93721
Phone: (559) 233-2333
Fax: (559) 233-6947

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| Chris Willis, Mary Willis, individually and successors in interest to Stephen Willis; Jennafer Uribe,<br><br>    Plaintiffs,<br><br>vs.<br><br>City of Fresno, Officer Greg Catton, Officer Daniel Astacio, Chief Jerry Dyer, and DOES 1 through 50 inclusive,<br><br>    Defendants. | Case No. 1:09-cv-01766-LJO-DLB<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING EXPERT FRCP 26(a)(2) REPORTS, DISCLOSURES AND DISCOVERY DEADLINES** |

1. It is hereby stipulated between the parties, through their respective counsel, that Plaintiffs shall have until May 16, 2011, to provide Defendants with an electronic-mail copy (followed by a copy sent by regular U.S. mail) of retained expert Jaco Swanepoel's Supplemental Rule 26 Report.

2. It is further stipulated that Defendants shall have until May 31, 2011, to provide Plaintiffs with an electronic-mail copy (followed by a copy sent by regular U.S. mail) of (a) any supplemental reports of their previously-disclosed experts, and/or; (b) any rebuttal expert reports

1  and disclosures Defendants may wish to make.

2  3.    It is further stipulated between the parties, that the expert discovery deadline, currently set
3  for May 20, 2011 shall be extended until June 15, 2011.

4  Based on this agreement, the parties respectfully request that the Scheduling Order be
5  modified as follows:

6  |  | **Current** | **New** |
|---|---|---|
| **Plaintiffs' forensic expert's FRCP Supplemental Report:** | May 3 | *May 16 |

8  *Defendants must receive at least an electronic copy by this date

10 | **Defendants' rebuttal expert designation:** | -- | **May 31 |

12 | **Defendants' supplemental/rebuttal expert reports:** | -- | **May 31 |

13  **Plaintiffs must receive at least an electronic copy by this date

15 | **Expert Discovery Deadline:** | May 20 | June 15 |

17  The parties request that the dispositive and non-dispositive motion deadline, the pretrial
18  conference and trial date remain as currently scheduled: June 14, 2011, July 26, 2011 and
19  September 12, 2011, respectively.

21  **IT IS SO STIPULATED:**

23  DATED: May 18, 2011                                  WALKER, HAMILTON & KOENIG LLP

25                                                              By:   /s/ Rana Ansari-Jaberi
                                                                       Walter H. Walker, III.
26                                                                     Peter J. Koenig
                                                                       Rana Ansari-Jaberi

**2**
**STIPULATION AND PROPOSED ORDER EXTENDING EXPERT FRCP 26(a)(2) REPORTS, DISCLOSURES AND DISCOVERY DEADLINES**

Attorneys for plaintiffs

DATED:  May 18, 2011                       WEAKLEY & ARENDT, LLP


By:     /s/James D. Weakley
                James D. Weakley
                Roy C. Santos
                Attorneys for Defendants


IT IS SO ORDERED.

**Dated:   May 19, 2011**                    **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

**3**
**STIPULATION AND PROPOSED ORDER EXTENDING EXPERT FRCP 26(a)(2) REPORTS, DISCLOSURES AND DISCOVERY DEADLINES**