| | |
|---|---|
| James D. Weakley, Esq. | Bar No. 082853 |
| Roy C. Santos, Esq. | Bar No. 259718 |

WEAKLEY & ARENDT LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants CITY OF FRESNO, CHIEF JERRY DYER, OFFICER GREG CATTON and OFFICER DANIEL ASTACIO

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS WILLIS, MARY WILLIS, INDIVIDUALLY AND SUCCESSORS IN INTEREST TO STEPHEN WILLIS; JENNAFER URIBE,<br><br>          Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, OFFICER GREG CATTON, OFFICER DANIEL ASTACIO, CHIEF JERRY DYER, and DOES 1 through 50 inclusive,<br><br>          Defendants. | CASE NO. 1:09-CV-01766-LJO-DLB<br><br>STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS' EXPERT WITNESS'S DEPOSITION |

THE PARTIES HERETO STIPULATE AND REQUEST the Scheduling Order be modified as to defense expert's, Paul Myron's, deposition.  Good cause exists in that Paul Myron's wife recently and unexpectedly passed away.  The current deadline for expert depositions is June 15, 2011.  The parties stipulate that the expert deposition discovery deadline be extended to July 15, 2011.

DATED: June 13, 2011               WEAKLEY & ARENDT, LLP

                          By:    /s/ James D. Weakley
                                 James D. Weakley
                                 Roy C. Santos
                                 Attorneys for Defendants

| | | |
|---|---|---|
| 1 | DATED: June 13, 2011 | WALTER, HAMILTON & KOENIG, LLP |

By:    /s/ Rans Ansari
                 Walter Walker
                 Peter Koenig
                 Rana Ansari
                 Attorneys for Plaintiff

IT IS SO ORDERED.

    Dated:   **June 15, 2011**                 **/s/ Dennis L. Beck**
                                                   UNITED STATES MAGISTRATE JUDGE