James D. Weakley, Esq.        Bar No. 082853
Roy C. Santos, Esq.           Bar No. 259718
WEAKLEY & ARENDT LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO, CHIEF JERRY DYER, OFFICER GREG CATTON and OFFICER DANIEL ASTACIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS WILLIS, MARY WILLIS, INDIVIDUALLY AND SUCCESSORS IN INTEREST TO STEPHEN WILLIS; JENNAFER URIBE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, OFFICER GREG CATTON, OFFICER DANIEL ASTACIO, CHIEF JERRY DYER, and DOES 1 through 50 inclusive,<br><br>Defendants. | CASE NO. 1:09-CV-01766-LJO-DLB<br><br>**STIPULATION AND PROTECTIVE ORDER AUTHORIZING LIMITED DISCLOSURE CONFIDENTIAL FRESNO POLICE DEPARTMENT RECORDS** |

IT IS HEREBY STIPULATED between the parties, through their respective counsel, and ordered by this Court, that the following documents will be disclosed pursuant to this stipulation and protective order:

**1.    Fresno Police Department OIS investigation 2009-0037.**

The above-named documents which are maintained by the CITY OF FRESNO Police Department and requested by plaintiffs through discovery, may be disclosed to counsel for the plaintiffs pursuant to the protective order detailed below. The documents requested by plaintiffs contain information which is deemed highly confidential. The release of these documents pursuant to this Stipulation and Protective Order does not waive the confidentiality privilege protecting the above-named document from general disclosure.

1        Based on the foregoing, IT IS HEREBY STIPULATED:

2   1.   These documents are designated as **"Confidential —Counsel Only"** (hereinafter collectively "confidential documents"), and produced by parties to this action, are subject to this Protective Order.

2.   Confidential documents shall be used solely in connection with the civil case of <u>Chris Willis, et al. v. City of Fresno</u>, et al., USDC Case No.: 1:09-CV-01766-LJO-DLB, and in the preparation of trial of this case, or any related proceeding.

3.   The CITY OF FRESNO will produce the confidential documents by affixing a mark labeling them as "<u>Chris Willis v. City of Fresno</u>, USDC, Eastern District of California, Case No. 1:09-CV-01766-LJO-DLB, Counsels' Eyes Only"  If any Confidential documents cannot be labeled with the aforementioned marking, those materials shall be placed in a sealed envelope or other container that is in turn marked with the appropriate designation in a manner agreed upon by the disclosing and requesting parties.

4.   Confidential documents designated under this Protective Order as may only be disclosed to the following persons:

   a)   Counsel for the parties;

   b)   Paralegal, clerical, and secretarial personnel regularly employed by counsel referred to in subpart (a) directly above, including stenographic deposition reporters or videographers retained in connection with this action;

   c)   Court personnel including stenographic reporters or videographers engaged in proceedings as are necessarily incidental to the preparation for the trial of the civil action;

   d)   Any expert or consultant retained in connection with this action; and

   e)   The finder of fact at the time of trial, subject to the court's rulings on in limine motions and objections of counsel.

5.   All Confidential documents filed with the Court for any purpose shall be filed and served under seal in accordance with Local Rule 141.

6.   The designation of information as Confidential documents, and the subsequent production thereof, is without prejudice to the right of any party to oppose the admissibility of the designated

1 information.

2 7. Each person to whom disclosure is made, with the exception of counsel, and its paralegal, clerical, and secretarial personnel, who are presumed to know the contents of this Protective Order, shall, prior to the time of disclosure, be provided by the person furnishing him or her such material, a copy of this Protective Order. Each person to whom disclosure is made shall agree on the record or in writing that he/she has read the Protective Order and he/she understands the provisions of the Protective Order. Such person must also consent to be subject to the jurisdiction of the United States District Court, Eastern District of California, with respect to any proceeding related to enforcement of this Protective Order, including without limitation, any proceeding for contempt. Provisions of this Protective Order, insofar as they restrict disclosure and use of the material, shall be in effect until further order of this Court.

8. Should any document designated confidential be disclosed, through inadvertence or otherwise, to any person not authorized to receive it under this Protective Order, the disclosing person(s) shall promptly (a) inform the CITY OF FRESNO of the recipient(s) and the circumstances of the unauthorized disclosure to the relevant producing person(s) and (b) use best efforts to bind the recipient(s) to the terms of this Protective Order. No information shall lose its confidential status because it was disclosed to a person not authorized to receive it under this Protective Order. After the conclusion of this litigation, all documents, in whatever form stored or reproduced, containing Confidential documents will remain confidential and subject to this Protective Order. The conclusion of this litigation means a termination of the case following applicable post-trial motions, appeal and/or retrial.

9. After the conclusion of this litigation, all confidential documents received under the provisions of this Protective Order, including all copies made, shall be tendered back to the attorneys for the defendants in a manner in which the CITY OF FRESNO will be able to reasonably identify that all documents were returned. Counsel for the plaintiffs will also take all reasonable and necessary steps to ensure that persons to whom they disclose the confidential documents return the confidential documents to the attorneys for the CITY OF FRESNO.

///

1  **IT IS SO STIPULATED:**

2

3  DATED: June 10, 2011

4                                      WEAKLEY & ARENDT, LLP

5                                  By:   /s/  Roy C. Santos
6                                          James D. Weakley
                                           Roy C. Santos
7                                          Attorneys for Defendants

8  DATED: June 10, 2011
                                     WALTER, HAMILTON & KOENIG, LLP
9

10                                  By:   /s/  Rana Ansari-Jaberi
                                           Walter H. Walker, III
11                                          Rana Ansari-Jaberi
                                            Peter J. Koenig
12                                            Attorneys for Plaintiff

13      IT IS SO ORDERED.

14         **Dated:**   **June 15, 2011**                   **/s/ Dennis L. Beck**
15                                                           UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Protective Order   OIS 2009 0037

4