Walter H. Walker, III  (SBN 63117)
Peter J. Koenig  (SBN 132437)
Rana Ansari-Jaberi (SBN 262008)
**Walker, Hamilton & Koenig LLP**
50 Francisco Street, Suite 460
San Francisco, CA 94133-2100
Phone: (415) 986-3339
Fax: (415) 986-1618

Richard P. Berman  (SBN 55462)
**Law Offices of Richard P. Berman**
2333 Merced Street
Fresno, CA 93721
Phone: (559) 233-2333
Fax: (559) 233-6947

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| Chris Willis, Mary Willis, individually and successors in interest to Stephen Willis; Jennafer Uribe,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>City of Fresno, Officer Greg Catton, Officer Daniel Astacio, Chief Jerry Dyer, and DOES 1 through 50 inclusive,<br><br>　　　Defendants. | Case No. 1:09-cv-01766-LJO-DLB<br><br>**STIPULATION AND PROPOSED ORDER FOR A CONTINUANCE OF THE HEARING ON PLAINTIFFS CHRIS AND MARY WILLIS'S MOTION TO COMPEL FRESNO COUNTY DISTRICT ATTORNEY'S OFFICE'S PRODUCTION OF RECORDS IN RESPONSE TO DOCUMENT SUBPOENA**<br><br>Date of hearing: ~~July 15, 2011~~ *August 4, 2011*<br>Time of hearing: 9:00 a.m.<br>Courtroom: 9<br><br>The Honorable Dennis L. Beck<br><br>Complaint Filed: 10/07/09<br>Trial Date: 9/12/11 |

It is hereby stipulated between Plaintiffs Chris and Mary Willis and the Fresno County District Attorney's Office, through their respective counsel, that the date for the Motion for Plaintiffs Chris and Mary Willis's Motion to Compel Fresno County District Attorney's Office's

---

1

**STIPULATION AND PROPOSED ORDER FOR A CONTINUANCE OF THE HEARING ON PLAINTIFFS CHRIS AND MARY WILLIS'S MOTION TO COMPEL FRESNO COUNTY DISTRICT ATTORNEY'S OFFICE'S PRODUCTION OF RECORDS IN RESPONSE TO DOCUMENT SUBPOENA**

1  Production of Records in Response to Document Subpoena (Document #85), presently scheduled
2  for July 15, 2011, be continued, to August 4, 2011, at 9:00 in Department 9, due to, in part, the
3  Court's unavailability on July 22, 2011, and to provide the parties additional time to
4  meaningfully meet and confer, in their efforts at informally resolving said discovery dispute.

**IT IS SO STIPULATED:**

DATED: July 8, 2011                    WALKER, HAMILTON & KOENIG LLP

                                       By:    /s/ Rana Ansari-Jaberi
                                              Walter H. Walker, III.
                                              Peter J. Koenig
                                              Rana Ansari-Jaberi
                                              Attorneys for plaintiffs

DATED: July 8, 2011                    FRESNO COUNTY COUNSEL


                                       By:    /s/Michael Linden
                                              Michael Linden
                                              Attorneys for Fresno County DA's Office

IT IS SO ORDERED.

   Dated:   **July 8, 2011**                   **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE

---

**2**
**STIPULATION AND PROPOSED ORDER FOR A CONTINUANCE OF THE HEARING ON PLAINTIFFS CHRIS AND MARY WILLIS'S MOTION TO COMPEL FRESNO COUNTY DISTRICT ATTORNEY'S OFFICE'S PRODUCTION OF RECORDS IN RESPONSE TO DOCUMENT SUBPOENA**