UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS WILLIS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF FRESNO, et al.,<br><br>　　　　　Defendants. | CASE NO. CV F 09-1766 LJO DLB<br><br>**ORDER TO CONTINUE STAY AND TO VACATE TRIAL SETTING CONFERENCE**<br>**(Docs. 156, 157.)** |

Given the status of continuing appellate proceedings, this Court continues the stay of this action before this Court and VACATES the July 12, 2103 trial setting conference. Proceedings before this Court will remain stayed until the Court of Appeals issues its mandate.

IT IS SO ORDERED.

Dated:　**July 1, 2013**　　　/s/
**Lawrence J. O'Neill**
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1