UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS WILLIS, *et al.,* | Case No. 1:09-cv-01766-BAM |
| Plaintiffs, | |
| vs. | **BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR RECONSIDERATION** |
| CITY OF FRESNO, *et al.*, | |
| Defendants. | |

On August 15, 2013, this Court conducted a pretrial conference. Among other matters that were discussed, counsel for Defendants expressed a desire to seek reconsideration of the Court's July 13, 2011 Order Granting Defendants' Motion for Summary Judgment. Specifically, Defendants argue that when the July 13 Order was appealed to the Ninth Circuit, Plaintiffs' counsel made certain concessions concerning Defendants' liability that warrant reconsideration of the July 13 Order.

Accordingly, the Court sets the following briefing schedule for Defendants to seek reconsideration of the July 13, 2011 Order Granting Defendants' Motion for Summary Judgment:

Defendants shall file their Motion for Reconsideration on or before **August 23, 2013;**

Plaintiffs shall file their opposition on or before **August 30, 2013.**

/////

/////

1  The moving and opposition papers shall be limited to fifteen (15) pages each, exclusive of
2  exhibits.  No additional briefing on the matter will be permitted.  The Court will take the motion under
3  submission and will issue a ruling on the papers, unless the Court later deems oral argument necessary.

5  IT IS SO ORDERED.

6  Dated:   **August 16, 2013**              /s/ Barbara A. McAuliffe
7                                    UNITED STATES MAGISTRATE JUDGE