**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS WILLIS, MARY WILLIS, INDIVIDUALLY AND SUCCESSORS IN INTEREST TO STEPHEN WILLIS; JENNAFER URIBE,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF FRESNO, OFFICER GREG CATTON, OFFICER DANIEL ASTACIO, CHIEF JERRY DYER, and DOES 1 through 50 inclusive,<br><br>　　　　Defendants. | CASE NO. 1:09-CV-01766-BAM<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR RELIEF FROM THE OPPOSITION BRIEF PAGE LIMIT** |

　　　　Having considered Defendants' Ex Parte Application for relief from the Court's standing order limiting all non-Rule 251 opposition briefs to twenty-five (25) pages (Doc. 182), and for good cause shown, the Court GRANTS Defendants' request.

　　　　**IT IS ORDERED** that Defendants are hereby granted relief from the Court's Standing Order limiting all non-Rule 251 opposition briefs to twenty-five (25) pages, and may file an opposition to Plaintiffs' Motions In Limine that does not exceed thirty-one (31) pages.

IT IS SO ORDERED.

　Dated: __November 6, 2013__　　　　　　　　__/s/ Barbara A. McAuliffe__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE