UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS WILLIS, *et al.,* | **Case No.** 1:09-cv-01766-BAM |
| Plaintiffs, | **ORDER SEALING COURT EXHIBIT "G"** |
| vs. | Case No. 1: 09-cv-01766-LJO-BAM |
| CITY OF FRESNO, *et al.*, | |
| Defendants. | |
| _____/ | |

Court Exhibit G is a note from the jury during deliberations asking a question and also disclosing a vote count. The jury question was addressed during the course of trial. The vote count was not disclosed by the Court. No good cause exists, and prejudice exists, to disclose the vote count. Therefore, for good cause, Exhibit G will be redacted and filed in the Court's docket. The unredacted Exhibit G is hereby ordered to be filed under seal.

The unredacted Exhibit G shall NOT be served on the parties. This Order is not filed under seal.

IT IS SO ORDERED.

Dated:   **December 19, 2013**         /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

1