# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS WILLIS, MARY WILLIS, INDIVIDUALLY AND SUCCESSORS IN INTEREST TO STEPHEN WILLIS,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, OFFICER GREG CATTON, and OFFICER DANIEL ASTACIO,<br><br>Defendants. | ) CASE NO. 1:09-CV-01766-BAM<br>)<br>)<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

JURY VERDICT: This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its Special Verdict on December 17, 2013.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in accordance with the Special Verdict in favor of plaintiffs Chris Willis and Mary Willis, as Successors in Interest to Stephen Willis and against defendant Greg Catton in the amount of $1.00.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in accordance with the Special Verdict in favor of plaintiffs Chris Willis, Individually, and Mary Willis, Individually, and against defendants Greg Catton and the City of Fresno in the amount of $302,044.80 (20% of $1,510,224.00).

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in accordance with the Special Verdict in favor of defendant Daniel Astacio and against plaintiffs Chris Willis and Mary Willis, Individually and as Successors in Interest to Stephen Willis.

IT IS SO ORDERED.

Dated:   **January 31, 2014**            /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE