# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS WILLIS, MARY WILLIS, INDIVIDUALLY AND SUCCESSORS IN INTEREST TO STEPHEN WILLIS,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, OFFICER GREG CATTON, and OFFICER DANIEL ASTACIO,<br><br>Defendants. | CASE NO. 1:09-CV-01766-BAM<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO EXTEND TIME TO FILE MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS** |

Having reviewed Plaintiffs' *ex parte* application (Doc. 253), and for good cause shown, it is **HEREBY ORDERED** that Plaintiffs' time to file a motion for attorneys' fees pursuant to FRCP 54(d)(2) and Local Rule 293, and the time to file a bill of costs pursuant to FRCP 54(d)(1) and Local Rule 292, is extended until 30 days from the Court's final disposition of any other post-trial motions, or the expiration of time to file post-trial motions, whichever time is later.

IT IS SO ORDERED.

Dated:  **February 11, 2014**          /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE

1