James D. Weakley, Esq.     Bar No. 082853
Roy C. Santos, Esq.        Bar No. 259718

Weakley & Arendt, LLP
1630 East Shaw Ave., Suite 176
Fresno, California 93710
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO, OFFICER GREG CATTON
and OFFICER DANIEL ASTACIO

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS WILLIS, MARY WILLIS, INDIVIDUALLY AND SUCCESSORS IN INTEREST TO STEPHEN WILLIS; JENNAFER URIBE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, OFFICER GREG CATTON, OFFICER DANIEL ASTACIO, CHIEF JERRY DYER, and DOES 1 through 50 inclusive,<br><br>Defendants. | CASE NO. 1:09-CV-01766-BAM<br><br>STIPULATION AND ORDER SETTING ALL CURRENTLY PENDING MOTIONS BEFORE THE COURT TO BE HEARD ON MARCH 28, 2014<br><br>Judge:   U.S. Magistrate Judge<br>           Barbara A. McAuliffe |

1.     It is hereby stipulated between the parties, through their respective counsel, that the date for Defendants' Motion for Judgment as a Matter of Law to Rule 50(b) and Motion for Relief from the Final Judgment or Orders of the Court, now scheduled for March 14, 2014, be extended two weeks, to March 28, 2014, at 9:00 a.m., in Courtroom 8, to accommodate James D. Weakley's pre-planned CAL-ABOTA Board meeting in San Diego on March 14, 2014.

2.     It is also hereby stipulated between the parties, through their respective counsel, that the date for Plaintiffs' Motion for Review of and Objections to Defendant Daniel Astacio's Bill of Costs, set for March 21, 2014, be extended to March 28, 2014, the date of Plaintiffs'

Motion for New Trial.  It is further stipulated that this stipulation does not constitute a waiver of Defendants' objection that the currently scheduled hearing on Plaintiffs' Motion for Review of and Objections to Defendant Daniel Astacio's Bill of Costs is premature.

**IT IS SO STIPULATED:**

DATED: February 26, 2014                WEAKLEY & ARENDT, LLP


                                        By:    /s/ James D. Weakley
                                               James D. Weakley
                                               Roy C. Santos
                                               Attorneys for Defendants


DATED: February 26, 2014                WALTER, HAMILTON & KOENIG, LLP


                                        By:    /s/ Peter Koenig
                                               Walter Walker
                                               Peter Koenig
                                               Attorneys for Plaintiff

## ORDER

Based on the Stipulation of the parties (Doc. 262), the hearings on Defendants' Motion for Judgment as a Matter of Law pursuant to Rule 50(b), Defendants' Motion for Relief from the Judgment of this Court pursuant to Rule 60(b), and Plaintiff's Motion for Court Review of Objections to Defendants' Bill of Costs (Doc. 244, 245, 252, 257) are CONTINUED to March 28, 2014, at 9:00 AM, in Courtroom 8, before United States Magistrate Judge Barbara A. McAuliffe.  The deadlines for filing opposition and reply briefs are due according to the original date of hearing.  Local Rule 230.

IT IS SO ORDERED.

   Dated:   **February 27, 2014**                    /s/ Barbara A. McAuliffe
                                                UNITED STATES MAGISTRATE JUDGE