James D. Weakley, Esq.    Bar No. 082853
Roy C. Santos, Esq.        Bar No. 259718

Weakley & Arendt, LLP
1630 East Shaw Ave., Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO, OFFICER GREG CATTON
and OFFICER DANIEL ASTACIO

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS WILLIS, MARY WILLIS, INDIVIDUALLY AND SUCCESSORS IN INTEREST TO STEPHEN WILLIS; JENNAFER URIBE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, OFFICER GREG CATTON, OFFICER DANIEL ASTACIO, CHIEF JERRY DYER, and DOES 1 through 50 inclusive,<br><br>Defendants. | CASE NO. 1:09-CV-01766-BAM<br><br>STIPULATION AND ORDER CONTINUING THE HEARING AND BRIEFING ON PLAINTIFFS' MOTION FOR REASONABLE ATTORNEY'S FEES AND COSTS<br><br>Judge:   U.S. Magistrate Judge<br>          Barbara A. McAuliffe |

IT IS HEREBY STIPULATED between the parties, through their respective counsel, and ORDERED by this Court, that the currently schedule hearing on June 13, 2014, of Plaintiffs' Chris and Mary Willis' motion for reasonable attorney's fees and costs be continued to **June 20, 2014.** It is further stipulated and ordered by this Court, that Defendants City of Fresno and Greg Catton's opposition to Plaintiffs' Chris and Mary Willis' motion for reasonable attorney's fees and costs be due on **June 6, 2014,** and Plaintiffs' Chris and Mary Willis' reply to Defendants City of Fresno and Greg Catton's opposition to their motion for reasonable attorney's fees and costs be due on **June 13, 2014.**

There is good cause for continuing Plaintiffs' Chris and Mary Willis' motion for reasonable attorney's fees and costs. Prior to the filing of Plaintiffs' Chris and Mary Willis'

Stipulation And Order Continuing The Hearing And Briefing
On Plaintiffs' Motion For Reasonable Attorney's Fees And Costs

1

motion for reasonable attorney's fees and costs and the Court's order on the parties post-trial motions, Defense counsel scheduled and prepaid for travel. As a result of previously scheduled and prepaid travel, Defense counsel will be out of the country from May 24th through May 31st. In addition, Defense counsel will not be return to Fresno California until June 2, 2014. Thus, Defense counsel is unavailable from May 24th through June 2nd, 2014. The parties through their respective counsel have worked together in the spirit of collegiality and in good faith to reach the above discussed stipulation continuing the hearing and briefing to June 20, 2014. Further, the continuation of the hearing and briefing does not alter any of the other scheduled deadlines. Therefore, good cause exists to grant the parties stipulation and order that the currently schedule hearing on June 13, 2014, of Plaintiffs' Chris and Mary Willis' motion for reasonable attorney's fees and costs be continued to **June 20, 2014;** that Defendants City of Fresno and Greg Catton's opposition to Plaintiffs' Chris and Mary Willis' motion for reasonable attorney's fees and costs be due on **June 6, 2014;** and that Plaintiffs' Chris and Mary Willis' reply to Defendants City of Fresno and Greg Catton's opposition to their motion for reasonable attorney's fees and costs be due on **June 13, 2014.**

**IT IS SO STIPULATED:**

DATED: May 16, 2014            WEAKLEY & ARENDT, LLP

                               By:    /s/ James D. Weakley
                                      James D. Weakley
                                      Roy C. Santos
                                      Attorneys for Defendants

DATED: May 16, 2014            WALTER, HAMILTON & KOENIG, LLP

                               By:    /s/ BeauBurbridge
                                      Walter Walker
                                      Peter Koenig
                                      Beau Burbridge
                                      Attorneys for Plaintiff

**ORDER**

Based on the Stipulation of the parties, and for good cause shown, the parties' Stipulation is GRANTED. The hearing on Plaintiffs' Motion for attorneys' fees is CONTINUED to June 20, 2014. Defendants' opposition shall be due on or before June 6, 2014. Plaintiffs' reply shall be due on or before June 13, 2014.

IT IS SO ORDERED.

Dated:  **May 19, 2014**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

Stipulation And Order Continuing The Hearing And Briefing
On Plaintiffs' Motion For Reasonable Attorney's Fees And Costs

3