James D. Weakley, Esq.     Bar No. 082853
Roy C. Santos, Esq.          Bar No. 259718

Weakley & Arendt, LLP
1630 East Shaw Ave., Suite 176
Fresno, California 93710
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262
Jim@walaw-fresno.com
Roy@walaw-fresno.com

Attorneys for Defendants, CITY OF FRESNO, OFFICER GREG CATTON and OFFICER DANIEL ASTACIO

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS WILLIS, MARY WILLIS, INDIVIDUALLY AND SUCCESSORS IN INTEREST TO STEPHEN WILLIS; JENNAFER URIBE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, OFFICER GREG CATTON, OFFICER DANIEL ASTACIO, CHIEF JERRY DYER, and DOES 1 through 50 inclusive,<br><br>Defendants. | CASE NO. 1:09-CV-01766-BAM<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR STAY OF ENFORCEMENT OF THE JUDGMENT WITHOUT REQUIRING A BOND**<br><br>Date:   October 10, 2014<br>Time:   9:00 a.m.<br>Ctrm:   8<br>The Honorable Barbara A. McAuliffe<br><br>Complaint Filed: 10/07/09 |

The parties, through their counsel, stipulate to the following Order:

It is hereby ORDERED by the Court in the above entitled action, that Defendants CITY OF FRESNO, OFFICER GREG CATTON and OFFICER DANIEL ASTACIO, (collectively "Defendants"), motion for stay of enforcement of the judgment without requiring a bond is

////

////

////

Defendants' Amended Proposed Order

1

GRANTED.  Enforcement of the judgment without requiring a bond shall be stayed until such time as the appellate process in the above entitled action, including any and all appeals to the United States Supreme Court, has concluded.

The hearing set for October 10, 2014 is VACATED.

IT IS SO ORDERED.

Dated:   **September 19, 2014**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE