# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS WILLIS, MARY WILLIS, INDIVIDUALLY AND SUCCESSORS IN INTEREST TO STEPHEN WILLIS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, OFFICER GREG CATTON, and OFFICER DANIEL ASTACIO,<br><br>Defendants. | CASE NO. 1:09-CV-01766-BAM<br><br>**AMENDED JUDGMENT IN A CIVIL CASE** |

DECISION BY the COURT: This action came to trial before the Court on November 6, 2017. The Judgment shall be AMENDED to reflect as follows:

IT IS HEREBY ORDERED, ADJUGED AND DECREED that judgment is entered in accordance with the Special Verdict and the Findings of Fact and Conclusions of Law in favor of plaintiffs Chris Wills and Mary Willis, as successors in Interest to Stephen Willis, and against defendant Greg Catton in the amount of **$25,001.00**.

JURY VERDICT: This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its Special Verdict on December 17, 2013.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in accordance with the Special Verdict in favor of plaintiffs Chris Willis, Individually, and Mary Willis, Individually, and against defendants Greg Catton and the City of Fresno in the amount of **$302,044.80 (20% of $1,510,224.00)**.

1     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in
2 accordance with the Special Verdict in favor of defendant Daniel Astacio and against plaintiffs
3 Chris Willis and Mary Willis, Individually and as Successors in Interest to Stephen Willis.

IT IS SO ORDERED.

Dated: **December 4, 2017**         /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE